BEFORE THE SECOND DIVISION, APRIL 5, 1939

**No. 41000.**—Protests 314584–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) atomizers were held dutiable at 40 percent under paragraph 339 as claimed.